UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>　　　　　Plaintiff, 　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　v.　　　　　　　　　　　　　)　　CAUSE NO.: 1:18-CR-10-TLS-PRC<br>　　　　　　　　　　　　　　　　)<br>STEVEN GAGNON,　　　　　　　)<br>　　　　　Defendant. 　　　　　) | |

**FINDINGS AND RECOMMENDATION OF THE MAGISTRATE JUDGE
UPON PLEAS OF GUILTY BY DEFENDANT STEVEN GAGNON**

TO:　　THE HONORABLE THERESA L. SPRINGMANN,
　　　　UNITED STATES DISTRICT COURT

Upon Defendant Steven Gagnon's request to enter pleas of guilty pursuant to Rule 11 of the Federal Rules of Criminal Procedure, this matter came for hearing before Magistrate Judge Paul R. Cherry, on April 20, 2018, with the consent of Defendant Steven Gagnon, counsel for Defendant Steven Gagnon, and counsel for the United States of America.

The hearing on Defendant Steven Gagnon's pleas of guilty was in full compliance with Rule 11, Federal Rules of Criminal Procedure, before the Magistrate Judge in open court and on the record.

In consideration of that hearing and the statements made by Steven Gagnon under oath on the record and in the presence of counsel, the remarks of the Assistant United States Attorney and of counsel for Defendant Steven Gagnon,

I FIND as follows:

(1) that Defendant Steven Gagnon understands the nature of the charges against him to which the pleas are offered;

(2) that Defendant Steven Gagnon understands his right to trial by jury, to persist in his pleas of not guilty, to the assistance of counsel at trial, to confront and cross-examine adverse witnesses, and

against compelled self-incrimination;

(3) that Defendant Steven Gagnon understands what the maximum possible sentences are, including the effect of the supervised release terms, and Defendant Steven Gagnon understands that the sentencing guidelines apply and that the Court may depart from those guidelines under some circumstances;

(4) that the pleas of guilty by Defendant Steven Gagnon have been knowingly and voluntarily made and are not the result of force or threats or of promises;

(5) that Defendant Steven Gagnon is competent to plead guilty;

(6) that Defendant Steven Gagnon understands that his answers may later be used against him in a prosecution for perjury or false statement;

(7) that there are factual bases for Defendant Steven Gagnon's pleas; and further,

I RECOMMEND that the Court accept Defendant Steven Gagnon's pleas of guilty to the offenses charged in Counts 1 and 2 of the Indictment and that Defendant Steven Gagnon be adjudged guilty of the offenses charged in Counts 1 and 2 of the Indictment and have sentences imposed. A Presentence Report has been ordered. Should this Report and Recommendation be accepted and Defendant Steven Gagnon be adjudged guilty, a sentencing date before the presiding judge will be set by separate order. Objections to the Findings and Recommendation are waived unless filed and served within fourteen days. 28 U.S.C. § 636(b)(1).

SO ORDERED this 20th day of April, 2018.

s/ Paul R. Cherry                            
MAGISTRATE JUDGE PAUL R. CHERRY
UNITED STATES DISTRICT COURT

cc:   Honorable Theresa L. Springmann